**NOTE; CHANGES MADE BY COURT**

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SANSONE,<br><br>         Plaintiff,<br><br>    v.<br><br>NISSAN NORTH AMERICA, INC.; and DOES 1 through 10, inclusive.<br><br>         Defendants. | Case No. 5:23-cv-01108-FWS-SHK<br><br>Judge:  Hon. Fred W. Slaughter<br>Courtroom:    10D<br><br>**ORDER RE STIPULATION TO REMAND [19]** |

///

///

///

1     Having reviewed and considered the Stipulation to Remand [19]
2 ("Stipulation"), filed by Plaintiff ROBERT SANSONE and Defendant NISSAN
3 NORTH AMERICA, INC., the files and records of the case, the applicable law, and
4 good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the
5 following:

7     The above-captioned case is **REMANDED** to Riverside County
8     Superior Court as Case No. CVSW2301525.

10     **IT IS SO ORDERED**.

12 Dated: March 25, 2024

                                         Hon. Fred W. Slaughter
                                         UNITED STATES DISTRICT JUDGE